# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

# AT SEATTLE

| | |
|---|---|
| **LISA GROCHOWSKI**, | ) Case No. 2:12-CV-01735-RSL |
| | ) |
| Plaintiff, | ) **NOTICE OF SERVICE OF** |
| | ) **PLAINTIFF'S INITIAL RULE 26** |
| vs. | ) **DISCLOSURE STATEMENT** |
| | ) |
| **MIDLAND CREDIT MANAGEMENT,** | ) |
| **INC., MIDLAND FUNDING, LLC AND** | ) |
| **ENCORE CAPITAL GROUP, INC.** | ) |
| | ) |
| Defendants. | ) |

**NOTICE IS HEREBY GIVEN** that, Plaintiff Lisa Grochowski has filed with the Clerk of the United States District Court, Western District of Washington, Notice of Service of Plaintiff's Rule 26 Disclosure Statement, a copy of which is herewith served upon Defendants.

Respectfully submitted this 9th day of January, 2013.

s/Jon N. Robbins
Jon N. Robbins
WEISBERG & MEYERS, LLC
Attorney for Plaintiff

Initial Rule 26 Disclosure

Jon N. Robbins
 WEISBERG & MEYERS, LLC
 3877 N. Deer Lake Rd.
 Loon Lake, WA 99148
 509-232-1882
 866-565-1327 facsimile
 jrobbins@AttorneysForConsumers.com

1  Notice Filed electronically on this 9th day of January, 2013, with:

2  United States District Court CM/ECF system

3

4  Original copy mailed on this 9th day of January, 2013, to:

5

6  Daniel A. Brown
   WILLIAMS, KASTNER & GIBBS PLLC
7  601 Union Street, Suite 4100
   Seattle WA 98101
8

9

10 s/Tremain Davis
   Tremain Davis

Initial Rule 26 Disclosure

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com