UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| **LISA GROCHOWSKI**, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **MIDLAND CREDIT MANAGEMENT,** ) <br> **INC., MIDLAND FUNDING, LLC AND** ) <br> **ENCORE CAPITAL GROUP, INC.** ) <br> ) <br> Defendants. ) | Case No. 2:12-CV-01735-RSL <br><br> **JOINT STATUS REPORT AND DISCOVERY PLAN** |

Consistent with, and pursuant to, this Court's minute order dated January 15, 2013, the parties submit the following joint status report and discovery plan, for the Court's consideration:

**1.    STATEMENT OF THE NATURE AND COMPLEXITY OF CASE**

Plaintiff alleges that Defendants are debt collectors, which have violated the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. ("FDCPA"). The case is not unusually complex.

Status Report and Discovery Plan - 1
Case No. 2:12-CV-01735-RSL

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

Defendants: As shown by Defendants' Answers, Defendant Encore was not the debt buyer in this case, and has nothing to do with the allegations in Plaintiff's Complaint. As far as Plaintiff's claims against Midland Funding, Plaintiff has not alleged sufficient facts regarding control over Midland Credit Management, Inc. ("MCM") such that Midland Funding should be considered vicariously liable under the FDCPA. See Clark v. Capital Credit & Collection Servs., Inc., 460 F.3d 1162, 1173 (9th Cir. 2006).

As far as the key issue in this case, "knowledge of attorney representation," there must be actual knowledge. Schmitt v FMA Alliance 398 F.3d 995 (8th Cir. 2005) There is no evidence of any such knowledge by MCM or Midland Funding.

## 2.     PROPOSED ADR METHOD

The parties believe that a Judicial Settlement Conference at or near the close of discovery is the best ADR method for this case.

## 3.     DEADLINE FOR ADR

The parties agree that the ADR proceeding should be held within 4 months after this Report is filed.

## 4.     PROPOSED DEADLINE FOR JOINING ADDITIONAL PARTIES

Parties agree the deadline for joining additional parties should be March 1, 2013.

## 5.     PROPOSED DISCOVERY PLAN

**A.     The FRCP 26(f) conference and FRCP 26(a) initial disclosures.**

The parties held their Rule 26(f) conference on January 2, 2013. Plaintiff

Status Report and Discovery Plan - 2
Case No. 2:12-CV-01735-RSL

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

submitted her initial disclosures on January 9, 2013, and Defendants shall submit their initial disclosures shortly.

### B. SUJECT OF DISCOVERY; PROCESS

The parties anticipate that discovery will relate to the timing and substance of the communications between the parties, and of communications between Defendants and the creditor from whom Plaintiff's account was purchased. Phased or limited discovery is not anticipated at this time.

### C. DISCOVERY LIMITATIONS

The parties do not presently believe that any changes to the federal discovery rules are needed at this time.

### D. DISCOVERY MANAGEMENT

The parties do not expect significant or protracted discovery in this case and agree to cooperate in a manner that minimizes expenses while preserving each side's ability to make their claims and defenses.

### E. OTHER ORDERS

The parties do not believe the Court needs to enter any such orders.

### 6. DISCOVERY DEADLINE

August 1, 2013.

### 7. UNITED STATES MAGISTRATE JUDGE

The parties agree to referral to a Magistrate Judge for a settlement conference but not for trial.

Status Report and Discovery Plan - 3
Case No. 2:12-CV-01735-RSL

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

**8.     BIFURCATION**

The parties do not believe that bifurcation is necessary in this case.

**9.     PRETRIAL ORDER**

The parties are not willing to waive pretrial statements and a pretrial order.

**10.    OTHER SIMPLIFICATION OF THE CASE**

None.

**11.    TRIAL READINESS**

The parties anticipate being ready for trial by November 1, 2013.

**12.    JURY / NON-JURY TRIAL**

The trial will be a jury trial.

**13.    LENGTH OF TRIAL**

The parties estimate trial will last two to three days.

**14.    NAMES AND ADDRESSES OF COUNSEL**

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com
ATTORNEY FOR PLAINTIFF

Daniel A. Brown
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101
(206) 628-6600
(206) 628-6611 facsimile
dbrown@williamskastner.com

Status Report and Discovery Plan - 4
Case No. 2:12-CV-01735-RSL

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

ATTORNEY FOR DEFENDANTS

David Kaminski, *Pro Hac Vice*
CARLSON & MESSER LLP
5959 W. Century Blvd., #1214
Los Angeles CA 90045
ATTORNEY FOR DEFENDANTS

**15.   SERVICE STATUS**

All Defendants have been served and have filed their appearances.

**16.   SCHEDULING CONFERENCE**

The parties do not wish a scheduling conference prior to a scheduling order being entered on this case.

Respectfully submitted this 26th day of February, 2013.

| s/Jon N. Robbins | s/Daniel A. Brown |
|---|---|
| Jon N. Robbins | Daniel A. Brown |
| Weisberg & Meyers, LLC | Williams, Kastner & Gibbs, PLLC |
| Attorney for Plaintiff | Attorney for Defendant |

Filed electronically on this 26th day of February, 2013, with:

United States District Court CM/ECF system

Copy mailed on this 26th day of February, 2013, to:

Daniel A. Brown
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle WA 98101

s/Tremain Davis
Tremain Davis

Status Report and Discovery Plan - 5
Case No. 2:12-CV-01735-RSL

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com